UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
"NEW HORIZONS TELECOM INC V HARRIS CORP"

Including terminated parties, excluding terminated counsel

```
   Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 09/27/02
           Closed: 11/01/05

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions
                   28 USC 1332
           Origin: (1) Original Proceeding
           Demand: 500
       Filing fee: Paid $150.00 on 09/27/02 receipt # 00118520
         Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | NEW HORIZONS TELECOM INC | Charles E. Tulin<br>529 W. 3rd Avenue<br>Anchorage, AK 99501<br>907-272-9546<br>FAX 907-272-6405 |
| DEF 1.1 | HARRIS CORP | Kenneth P. Eggers<br>Groh Eggers LLC<br>3201 C Street, Suite 400<br>Anchorage, AK 99503<br>907-272-6474<br>FAX 907-562-6044 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
            "NEW HORIZONS TELECOM INC V HARRIS CORP"

                   For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
    Referral Rule:
            Filed: 09/27/02
           Closed: 11/01/05

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (4) Incorporated or Principal Place of Business in This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions
                    28 USC 1332
            Origin: (1) Original Proceeding
            Demand: 500
        Filing fee: Paid $150.00 on 09/27/02 receipt # 00118520
          Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/27/02 | Complaint w/exhs filed; Summons issued. |
| 2 - 1 | 09/30/02 | PLF 1 Jury Demand. |
| 3 - 1 | 10/15/02 | DEF 1 Attorney Appearance of K. Eggers (GROH). |
| 4 - 1 | 10/21/02 | DEF 1 Answer and Counterclaims. |
| 5 - 1 | 10/29/02 | PLF 1 Answer to Counterclaim. |
| 6 - 1 | 10/30/02 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days. cc: cnsl |
| 7 - 1 | 11/27/02 | PLF 1; DEF 1 Report re: scheduling and planning conference report. |
| 8 - 1 | 12/06/02 | JKS S&P Order setting pretrial ddns: Original disc 09/02/03; Disp mots ddln 10/20/03; Estimate of trial 15 days. cc: cnsl |
| 9 - 1 | 01/27/03 | PLF 1; DEF 1 Stipulation and protective order for confidential material w/att exh. |
| 9 - 2 | 01/30/03 | JWS Order granting stip and protective order for confidential material (9-1). cc: cnsl |
| 10 - 1 | 04/21/03 | DEF 1 Notice of taking deposition of Tom Lamb. |
| 11 - 1 | 04/21/03 | DEF 1 Notice of taking deposition of Nate Morton. |
| 12 - 1 | 04/21/03 | DEF 1 Notice of taking deposition of John Lee. |
| 13 - 1 | 04/21/03 | DEF 1 Notice of taking deposition of Jon Shepherd. |
| 14 - 1 | 06/25/03 | PLF 1 motion to amend complaint w/att memo, aff. & proposed first amended cmplt. |
| 15 - 1 | 07/10/03 | PLF 1; DEF 1 Stip and joint request for a 2-month ext of pre-trial ddlns. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
                    "NEW HORIZONS TELECOM INC V HARRIS CORP"
```
---
```
                            For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 2 | 07/11/03 | Order granting stip and joint request for a 2-month ext of pre-trial ddlns (15-1) & setting the following dates: Disc to close 11/03/03. cc: cnsl |
| 16 - 1 | 07/14/03 | DEF 1 opposition to PLF 1 motion to amend complaint (14-1) |
| 17 - 1 | 07/15/03 | DEF 1 Errata to oppo re: PLF 1 motion to amend complaint (14-1) w/att exh. |
| 18 - 1 | 07/15/03 | PLF 1 Request for Oral Argument re: PLF 1 motion to amend complaint (14-1). |
| 19 - 1 | 07/21/03 | PLF 1 reply to oppo to PLF 1 mot to amend cmplt (14-1). |
| 20 - 1 | 07/23/03 | JKS Minute Order granting mot to amend cmplt (14-1); plf shall file amended cmplt containing a claim based upon promissory estoppel by 08/11/03. cc: cnsl |
| 21 - 1 | 07/23/03 | PLF 1 Complaint (Amended). |
| 22 - 1 | 08/27/03 | JKS Minute Order that an ans to the amended cmplt has not been fld by def served; require an ans or apply for default w/in 20 days. cc: cnsl |
| 23 - 1 | 08/27/03 | DEF 1 Answer to  Amended Complaint. |
| 24 - 1 | 09/02/03 | DEF 1 motion for partial summary judgment dismissing some, but not all of plaintiff's damages claims w/att exhs. |
| 25 - 1 | 09/10/03 | PLF 1 oppo to DEF 1 mot for part sj dismissing some, but not all of plaintiff's damages claims (24-1) w/att exh. |
| 26 - 1 | 09/11/03 | DEF 1 reply to oppo to DEF 1 mot for part sj dismissing some, but not all of plf's damages claims (24-1) w/att exhs. |
| 27 - 1 | 10/03/03 | PLF 1 Witness List. |
| 28 - 1 | 10/03/03 | DEF 1 Witness List. |
| 29 - 1 | 10/06/03 | DEF 1 Supplemental final witness list. |
| 30 - 1 | 10/15/03 | PLF 1 First supplemental to final witness list. |
| 31 - 1 | 10/28/03 | PLF 1; DEF 1 Stipulation for dismissal with prejudice plaintiff's and defendant's claims for defamation/libel/slander. |
| 31 - 2 | 10/30/03 | JKS Order granting stip for dismissal with prej plf's and def's claims for defamation/libel/slander (31-1). cc: cnsl |
| 32 - 1 | 11/03/03 | DEF 1 Stipulation for withdrawal of plaintiff's damage claim for shutdown/closeout costs. |
| 33 - 1 | 11/03/03 | PLF 1 Stipulation for withdrawal of plaintiff's damage claim for Mechron Power System Design. |
| 32 - 2 | 11/04/03 | JKS Order granting stip for withdrawal of plf's damage claim for shutdown/closeout costs (32-1). cc: cnsl |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
                          "NEW HORIZONS TELECOM INC V HARRIS CORP"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 2 | 11/04/03 | JKS Order granting stip for withdrawal of plf's damage claim for Mechron Power System Design (33-1). cc: cnsl |
| 34 - 1 | 11/07/03 | JKS Order denying mot for part sj dismissing some, but not all of plf (24-1); plf's claims for reliance damages are stricken. cc: cnsl |
| 35 - 1 | 11/12/03 | DEF 1 motion for partial summary judgment re: punitive damages. |
| 36 - 1 | 11/19/03 | DEF 1 motion for partial summary judgment re: radome installation claims w/att exhs. |
| 37 - 1 | 11/21/03 | PLF 1 opposition to DEF 1 motion for partial summary judgment re: punitive damages (35-1). |
| 38 - 1 | 12/04/03 | DEF 1 reply to oppo to DEF 1 mot for part sj re: punitive damages (35-1) w/att exhs. |
| 39 - 1 | 12/04/03 | PLF 1 motion (cross) for summary judgment w/att exhs. (oversized original in expando behind file) |
| 39 - 2 | 12/04/03 | PLF 1 oppo to DEF 1 mot for part sj re: radome installation claims (36-1) w/att exhs. (oversized original in expando behind file) |
| 40 - 1 | 12/08/03 | PLF 1 motion to strike, or alternatively, for leave to file a surreply to mot for sj re: punitive damages. |
| 41 - 1 | 12/09/03 | DEF 1 oppo to PLF 1 mot to strike, or alternatively, for leave to file a surreply to mot for sj re: punitive damages (40-1). |
| 42 - 1 | 12/10/03 | PLF 1 reply to oppo to PLF 1 mot to strike, or alternatively, for leave to file a surreply to mot for sj re: punitive damages (40-1). |
| 43 - 1 | 12/11/03 | DEF 1 reply to oppo to DEF 1 mot for part sj re: radome installation claims (36-1). |
| 44 - 1 | 12/18/03 | PLF 1 motion in limine re: 9/26/03 report w/att exhs. (original located in folder behind file) |
| 45 - 1 | 12/19/03 | DEF 1 motion in limine re: alleged destruction of evidence w/att exhs. |
| 46 - 1 | 12/19/03 | DEF 1 motion for partial summary judgment re: (1) phase II drawing package; and (2) Cape Romanzof antenna elevation w/att exhs. |
| 47 - 1 | 12/19/03 | DEF 1 opposition to PLF 1 motion (cross) for summary judgment (39-1) w/att exhs. |
| 48 - 1 | 12/19/03 | DEF 1 motion for partial summary judgment re: Phase II Beta site w/att exhs. |
| 49 - 1 | 12/19/03 | DEF 1 motion for partial summary judgment re: lost profits w/att exhs. |
| 50 - 1 | 12/23/03 | PLF 1 reply to oppo to PLF 1 mot (cross) for sj (39-1). |
| 51 - 1 | 12/30/03 | DEF 1 motion for leave to file late motion for partial summary judgment re: power node engineering w/att proposed motion & exhs. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
                          "NEW HORIZONS TELECOM INC V HARRIS CORP"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 12/31/03 | DEF 1 Request for Oral Argument re: DEF 1 motion for partial summary judgment dismissing some, but not all of plaintiff's damages claims . (24-1), DEF 1 motion for partial summary judgment re: punitive damages. (35-1), DEF 1 motion for partial summary judgment re: radome installation claims (36-1), PLF 1 motion (cross) for summary judgment (39-1), PLF 1 motion in limine re: 9/26/03 report (44-1), DEF 1 motion in limine re: alleged destruction of evidence (45-1), DEF 1 motion for partial summary judgment re: (1) phase II drawing package; and (2) Cape Romanzof antenna elevation (46-1), DEF 1 motion for partial summary judgment re: Phase II Beta site (48-1), DEF 1 motion for partial summary judgment re: lost profits (49-1) . |
| 53 - 1 | 01/02/04 | PLF 1 oppo to DEF 1 mot in limine re: alleged destruction of evidence (45-1) w/att exh. |
| 54 - 1 | 01/02/04 | PLF 1 oppo to DEF 1 mot for part sj re: lost profits (49-1) w/att exh. |
| 55 - 1 | 01/05/04 | DEF 1 oppo to PLF 1 mot in limine re: 9/26/03 report (44-1) w/att exhs. |
| 56 - 1 | 01/05/04 | PLF 1 oppo to DEF 1 mot for part sj re: (1) phase II drawing package; and (2) Cape Romanzof antenna elevation (46-1). |
| 57 - 1 | 01/06/04 | PLF 1 oppo to DEF 1 mot for part sj re: Phase II Beta site (48-1) w/att exhs. |
| 58 - 1 | 01/06/04 | PLF 1 Request for O/A re: DEF 1 mot for part sj re: punitive damages. (35-1), DEF 1 mot for part sj re: radome installation claims (36-1), PLF 1 mot (cross) for sj (39-1), PLF 1 mot to strike, or alternatively, for leave to file a surreply to mot for sj re: punitive damages. (40-1), PLF 1 mot in limine re: 9/26/03 report (44-1), DEF 1 mot in limine re: alleged destruction of evidence (45-1), DEF 1 mot for part sj re: (1) phase II drawing package; and (2) Cape Romanzof antenna elevation (46-1), DEF 1 mot for part sj re: Phase II Beta site (48-1), DEF 1 mot for part sj re: lost profits (49-1). |
| 59 - 1 | 01/08/04 | PLF 1 Notice of filing orig affidavit in support of oppo re: DEF 1 motion for partial summary judgment re: Phase II Beta site (48-1). |
| 60 - 1 | 01/09/04 | DEF 1 reply to oppo to DEF 1 mot in limine re: alleged destruction of evidence (45-1) w/att exh. |
| 61 - 1 | 01/09/04 | DEF 1 reply to oppo to DEF 1 mot for part sj re: lost profits (49-1) w/att exhs. |
| 62 - 1 | 01/12/04 | PLF 1 oppo to DEF 1 mot for leave to file late mot for part sj re: power node engineering (51-1) w/att exh. |
| 63 - 1 | 01/12/04 | DEF 1 reply to oppo to DEF 1 mot for part sj re: (1) phase II drawing package; and (2) Cape Romanzof antenna elevation (46-1) w/att exhs. |
| 64 - 1 | 01/12/04 | PLF 1 reply to oppo to PLF 1 mot in limine re: 9/26/03 (Simpson Report) (44-1) w/att exhs. |
| 65 - 1 | 01/14/04 | DEF 1 motion for leave to file late motion for partial summary judgment re: Mekoryuk Drawings w/att proposed motion. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
"NEW HORIZONS TELECOM INC V HARRIS CORP"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 66 - 1 | 01/15/04 | DEF 1 reply to opposition to DEF 1 motion for partial summary judgment re: Phase II Beta site (48-1) w/att exhs. |
| 67 - 1 | 01/16/04 | PLF 1 motion to strike Stephenson affidavit, or alternatively, for leave to file a surreply re: lost profits motion w/att memo. |
| 68 - 1 | 01/20/04 | PLF 1 oppo to DEF 1 mot for leave to file late mot for part sj re: Mekoryuk Drawings (65-1). |
| 69 - 1 | 01/20/04 | DEF 1 reply to oppo to DEF 1 mot for leave to file late mot for part sj re: power node engineering (51-1). |
| 70 - 1 | 01/21/04 | DEF 1 reply to oppo to DEF 1 mot for leave to file late mot for part sj re: Mekoryuk Drawings (65-1). |
| 71 - 1 | 01/29/04 | PLF 1 motion to establish agenda at oral argument w/att memo. |
| 72 - 1 | 01/30/04 | DEF 1 oppo to PLF 1 mot to strike Stephenson aff, or alt, for leave to file a surreply re: lost profits mot (67-1) w/att exh. |
| 73 - 1 | 02/04/04 | DEF 1 oppo to PLF 1 mot to establish agenda at o/a (71-1). |
| 74 - 1 | 02/10/04 | PLF 1 reply to oppo to PLF 1 mot to strike Stephenson aff, or alt, for leave to file a surreply re: lost profits mot (67-1). |
| 75 - 1 | 02/10/04 | PLF 1 reply to oppo to PLF 1 mot to establish agenda at o/a (71-1). |
| 76 - 1 | 03/09/04 | JKS Minute Order granting mot for leave to file late mot for part sj re: power (51-1), mot for leave to file late mot for part sj re: Mekoryu (65-1). cc: cnsl |
| 77 - 1 | 03/09/04 | DEF 1 motion for partial summary judgment re: power node engineering w/att exhs. |
| 78 - 1 | 03/09/04 | DEF 1 motion for partial summary judgment re: Mekoryuk as-built drawings w/att exhs. |
| 79 - 1 | 03/23/04 | PLF 1 opposition to DEF 1 motion for partial summary judgment re: power node engineering (77-1), DEF 1 motion for partial summary judgment re: Mekoryuk as-built drawings (78-1). |
| 80 - 1 | 03/25/04 | PLF 1 motion for leave to file supp to oppo to mots for sj re; Mekoryuk & Power Noe Engineering w/att supp/exhs. |
| 81 - 1 | 03/30/04 | DEF 1 non-oppo to PLF 1 mot for leave to file supp to oppo to mots for sj re; Mekoryuk & Power Noe Engineering (80-1). |
| 81 - 2 | 03/30/04 | DEF 1 Unopposed motion for extension of time to 04/09/04 to file replies to motions for summary judgment. |
| 81 - 3 | 04/01/04 | JKS Order granting mot for leave to file supp to oppo to mots for sj re; Mekoryuk & Power (80-1), unopposed mot for ext of time to 04/09/04 to file replies to mots for sj (81-2). cc: cnsl |
| 82 - 1 | 04/01/04 | PLF 1 Supplement re: DEF 1 mot for part sj re: power node engineering (77-1), DEF 1 mot for part sj re: Mekoryuk as-built drawings (78-1). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
                             "NEW HORIZONS TELECOM INC V HARRIS CORP"
```

---

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 83 - 1 | 04/09/04 | DEF 1 reply to oppo to DEF 1 mot for part sj re: power node engineering (77-1), DEF 1 mot for part sj re: Mekoryuk as-built drawings (78-1). |
| 84 - 1 | 09/20/04 | JKS Order denying motion for partial summary judgment re: punitive damages (35-1), motion for partial summary judgment re: radome installation claims (36-1), motion (cross) for summary judgment (39-1), motion to strike, or alternatively, for leave to file a surreply (40-1), motion in limine (44-1), motion in limine re: alleged destruction of evidence (45-1), motion for partial summary judgment re: (1) phase II drawing package; and (2) (46-1), motion for partial summary judgment re: Phase II Beta site (48-1), motion for partial summary judgment re: lost profits (49-1), motion to strike Stephenson affidavit, or alternatively, for leave to file a (67-1), motion to establish agenda at oral argument (71-1), motion for partial summary judgment re: power node engineering (77-1), motion for partial summary judgment re: Mekoryuk as-built drawings (78-1); status rprt re readiness for trial due 10/15/04. cc: cnsl |
| 85 - 1 | 09/24/04 | DEF 1 motion for reconsideration of order (doc #84) re: lost profits. |
| 86 - 1 | 09/24/04 | DEF 1 motion for leave to file late mot for partial SJ re: conversion & punitive damages w/att exh & lodged mot. |
| 87 - 1 | 10/06/04 | JKS Minute Order granting motion for leave to file late mot for partial SJ re: conversion & punitive damages (86-1); pltf's oppo to def's mot for reconsider (85-1) is due 10/20/04; reply, if any, due 11/3/04. cc: cnsl |
| 88 - 1 | 10/06/04 | DEF 1 motion for partial summary judgement re: conversion & punitive damages w/att exhs. |
| 89 - 1 | 10/08/04 | PLF 1 opposition to DEF 1 motion for leave to file late mot for partial SJ (86-1). |
| 90 - 1 | 10/12/04 | PLF 1; DEF 1 Stipulation for add time for pltf to respond to def's mot for SJ re: conversion & punitive damages. |
| 91 - 1 | 10/14/04 | PLF 1; DEF 1 Joint Status Report. |
| 92 - 1 | 10/19/04 | PLF 1 opposition to DEF 1 motion for reconsideration of order (doc #84) re: lost profits (85-1). |
| 90 - 2 | 10/21/04 | JKS Order granting stipulation for add time through 11/1/04 for pltf to respond to def's mot for SJ re: conversation an punitive damages (90-1). cc: cnsl |
| 93 - 1 | 10/28/04 | DEF 1 reply to opposition to DEF 1 motion for reconsideration of order (doc #84) re: lost profits (85-1) w/att exhs. |
| 94 - 1 | 10/28/04 | DEF 1 Request for Oral Argument re: DEF 1 motion for reconsideration of order (doc #84) re: lost profits (85-1). |
| 95 - 1 | 11/01/04 | PLF 1 opposition to DEF 1 motion for partial summary judgement re: conversion & punitive damages (88-1) w/att exhs. |
| 96 - 1 | 11/04/04 | Stipulation for extension of time until 11/22/04 to file defendant's reply to the motion for partial summary judgment re: conversion & |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
                        "NEW HORIZONS TELECOM INC V HARRIS CORP"
```

---

                                For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | punitive damages. |
| 96 - 2 | 11/05/04 | Order granting stipulation for extension of time until 11/22/04 to file defendant's reply to the partial sj re: conversion and punitive damages (96-1). cc: cnsl |
| 97 - 1 | 11/05/04 | DEF 1 motion to file supp to reply brief on defs' mot for reconsideration re:lost profits w/att supp. |
| 97 - 2 | 11/09/04 | JKS Order granting motion to file supp to reply brief on defs' mot for reconsideration re: lost profits (97-1). cc: cnsl |
| 98 - 1 | 11/09/04 | DEF 1 Supplement reply brief re: DEF 1 motion for reconsideration of order (doc #84) re: lost profits. (85-1) |
| 99 - 1 | 11/09/04 | PLF 1 opposition to DEF 1 motion to file supp to reply brief on defs' mot for reconsideration re:lost profits (97-1) w/att aff. |
| 100 - 1 | 11/09/04 | PLF 1 motion for leave to file a facsimile cy of aff of J. Lee att as exh A to obj to mot to supp reply brief re lost profits. |
| 101 - 1 | 11/22/04 | DEF 1 Request for Oral Argument re: DEF 1 motion for partial summary judgement re: conversion & punitive damages (88-1). |
| 102 - 1 | 11/22/04 | DEF 1 reply to opposition to DEF 1 motion for partial summary judgement re: conversion & punitive damages (88-1) w/att exhs. |
| 100 - 2 | 11/24/04 | JKS Order granting motion for leave to file a facsimile cy of aff of J. Lee att as exh A to obj mot to supp reply breif re loss profits (100-1). cc: cnsl |
| 103 - 1 | 11/24/04 | PLF 1 motion for leave to supplement its previous filings w/att supplement to plaintiff's opposition filings w/att exhs. |
| 104 - 1 | 11/24/04 | PLF 1 (response) joinder to Def's request for O/A. |
| 103 - 2 | 11/30/04 | JKS Order granting motion for leave to supplement its previous filings (103-1). cc: cnsl |
| 105 - 1 | 11/30/04 | PLF 1 Supplement to plf's oppos re: DEF 1 mot for reconsideration of ord (doc #84) re: lost profits (85-1), DEF 1 mot for part sj re: conversion & punitive damages (88-1) w/att exhs. |
| 106 - 1 | 11/30/04 | DEF 1 qualified opposition and reply tp plf's mot for leave to supplement its previous filings. |
| 107 - 1 | 02/09/05 | JWS Order denying motion for reconsideration of order (doc #84) re: lost profits (85-1); granting motion for partial summary judgement re: conversion & punitive damages (88-1). cc: cnsl |
| 108 - 1 | 02/14/05 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 109 - 1 | 02/28/05 | PLF 1 motion (request) for status conference. |
| 110 - 1 | 03/24/05 | JKS Minute Order granting motion (request) for status conference (109-1); Status Conf set for 4/5/05 at 10:00 a.m. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
                            "NEW HORIZONS TELECOM INC V HARRIS CORP"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 111 - 1 | 04/05/05 | JKS Court Minutes [ECR: Linda Christensen] re Status Conf (held 4/5/05); tentative trial date set for week of 2/6/06; expert rpts due 5/16/05. cc: cnsl, JC |
| 112 - 1 | 05/19/05 | DEF 1 motion to set evidentiary hearing. |
| 114 - 1 | 05/25/05 | PLF 1 non-opposition to DEF 1 motion to set evidentiary hearing (112-1). |
| 113 - 1 | 05/26/05 | JKS Minute Order granting motion to set evidentiary hearing (112-1); evident hrg to determine the accrual date for statute of limitations purposes of New Horizons' claims re Phase I Radomes & re the Phase II Beta Site set for 7/26/05 at 9:00 a.m. cc: cnsl |
| 115 - 1 | 07/21/05 | DEF 1 Unopposed exepdited motion to use crt's DEPS at evident hrg. |
| 116 - 1 | 07/21/05 | PLF 1 motion for expedited consideration & stip for cont of evident hrg. |
| 117 - 1 | 07/22/05 | JKS Minute Order granting unopposed exepdited motion to use crt's DEPS at evident hrg (115-1), motion for expedited consideration & stip for cont of evident hrg (116-1); the 7/26/05 hrg is continued to 7/27/05 at 9:00 a.m. cc: cnsl |
| 118 - 1 | 07/22/05 | DEF 1 pre-hearing brief re: statute of limitations issues. |
| 119 - 1 | 07/22/05 | DEF 1 Witness List for evidentiary hearing re statute of limitation. |
| 120 - 1 | 07/25/05 | PLF 1 evidentiary hearing brief. |
| 121 - 1 | 07/25/05 | PLF 1 Witness List for evident hrg of 7/27/05. |
| 122 - 1 | 07/26/05 | DEF 1 Exhibit List. (1 white binder forwarded to Judge) |
| 123 - 1 | 07/27/05 | PLF 1 Exhibit List. (copies forwarded to Judge) |
| 124 - 1 | 07/28/05 | JKS Court Minutes [ECR: Robin Carter/Caroline Edmiston] re: Evidentiary Hrg to determine the accrual date for statute of limitations purposes of new Horizons' claims regarding phase I radomes and regarding the phase Ii beta site (held 07/27/05); Court directed parties to confer and agree upon a date for closing arguments and notify the case manager to schedule a hearing. CC: cnsl. |
| 125 - 1 | 07/29/05 | PLF 1; DEF 1 Stipulation (joint request) to schedule closing argument re evidentiary hrg on actual dates for statutes of limitations. |
| 126 - 1 | 08/02/05 | JKS Order granting stipulation (joint request) to schedule closing argument re evidentiary for 8/18/05 at 1:30 p.m. (125-1). cc: cnsl |
| 127 - 1 | 08/03/05 | DEF 1 expedited unopposed motion to use DEPS at closing argument re evident hrg set for 8/18/05 |
| 127 - 2 | 08/04/05 | JKS Order granting motion expedited unopposed motion to use DEPS at closing argument re evident hrg set for 8/18/05 at 1:30 p.m. (127-1). cc: cnsl, J. Haley |
| 128 - 1 | 08/17/05 | PLF 1 Pre-Hearing Memorandum w/att exh. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
                      "NEW HORIZONS TELECOM INC V HARRIS CORP"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 129 - 1 | 08/18/05 | PLF 1 Notice of errata re: pltf's pre-hearing memorandum & request for expedited consideration. |
| 130 - 1 | 08/18/05 | PLF 1 Corrected Pre-Hearing Memorandum. |
| 131 - 1 | 08/19/05 | DEF 1 closing argument re: statute of limitations issues w/att exh. |
| 132 - 1 | 08/23/05 | JKS Court Minutes [ECR: April Karper/Robin Carter] Re: closing arguments re evid hrg to determine the accrual dates for statutes of limitations held 8/18/05; cnsl to file status rpt in two weeks re what else needs to be done to bring case to conclusion. cc: cnsl |
| 133 - 1 | 08/23/05 | DEF 1 motion in limine to exclude evidence of or references to the wealth or size of any party w/att exhs. |
| 134 - 1 | 08/25/05 | PLF 1 motion for reconsideration of the Court's order dated 8/18/05. |
| 135 - 1 | 08/29/05 | DEF 1 motion (renewed) for partial summary judgment re: claims for lost profits w/att exhs. |
| 134 - 2 | 08/30/05 | JKS Order denying motion for reconsideration of the Court's order dated 8/18/05 (134-1). cc: cnsl |
| 136 - 1 | 08/31/05 | DEF 1 Request for Oral Argument re: DEF 1 motion (renewed) for partial summary judgment re: claims for lost profits (135-1). |
| 137 - 1 | 09/07/05 | PLF 1; DEF 1 Jnt Status Report. |
| 138 - 1 | 09/07/05 | PLF 1 opposition to DEF 1 motion in limine to exclude evidence of or references to the wealth or size of any party (133-1). |
| 139 - 1 | 09/08/05 | DEF 1 reply to opposition to DEF 1 motion in limine to exclude evidence of or references to the wealth or size of any party (133-1). |
| 140 - 1 | 09/12/05 | AMENDED JKS Court Minutes [ECR: April Karper/Robin Carter] Re: closing arguments re evid hrg to determine the the accrual dates for statutes of limitations held 8/18/05; cnsl to file status rpt in two weeks re what else needs to be done to bring case to conclusion; *w/att list of exh's and wit's attached; cc: cnsl. |
| 141 - 1 | 09/13/05 | JKS Order granting motion in limine to exclude evidence of or references to the wealth or size (133-1). cc: cnsl |
| 142 - 1 | 09/14/05 | PLF 1 opposition to DEF 1 motion (renewed) for partial summary judgment re: claims for lost profits (135-1). |
| 143 - 1 | 09/14/05 | PLF 1 motion for leave to file cross-motion for summary judgment w/att cross-motion for SJ. |
| 144 - 1 | 09/16/05 | DEF 1 opposition to PLF 1 motion for leave to file cross-motion for summary judgment w/att cross-motion for SJ (143-1). |
| 145 - 1 | 09/19/05 | JKS Order setting the following dates: exh review to be hld by 11/16/05; pretrial docs due 11/21/05; 1st supp trial briefs due 11/28/05; proposed pretrial odr meeting due 12/5/05; proposaed pretrial odr due 12/19/05; 2nd supp trial briefs due 12/28/05; FPTC set for 1/17/06 at 9:00 a.m.; TBJ set for 2/6/06 at 9:00 a.m. cc: cnsl, JC |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0238--CV (JKS)
"NEW HORIZONS TELECOM INC V HARRIS CORP"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 146 - 1 | 09/22/05 | DEF 1 reply to opposition to DEF 1 motion (renewed) for partial summary judgment re: claims for lost profits (135-1) w/att exh. |
| 147 - 1 | 09/22/05 | PLF 1 reply to opposition to PLF 1 motion for leave to file cross-motion for summary judgment (143-1). |
| 148 - 1 | 09/27/05 | PLF 1 Request for Oral Argument re: DEF 1 motion (renewed) for partial summary judgment re: claims for lost profits (135-1), PLF 1 motion for leave to file cross-motion for summary judgment (143-1). |
| 149 - 1 | 10/05/05 | JKS Minute Order that settle docs or stat rpt due w/i 30 days. Denying as moot motion (renewed) for partial summary judgment re: claims for lost profits (135-1), motion for leave to file cross-motion for summary judgment (143-1).  The FPTC set 1/17/06 & the trial set 2/6/06 are herby vacated.  cc: cnsl |
| 150 - 1 | 10/26/05 | DEF 1 Stipulation for dismissal all claims & counterclaims w/prejudice. |
| 150 - 2 | 11/01/05 | JWS Order granting stipulation for dismissal all claims & counterclaims w/prejudice (150-1). cc: cnsl |