UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


NEW HORIZONS TELECOM INC,    )
                             )
        Plaintiff(s),        )
                             )        Case No. 3:02-CV-00238-JKS
v.                           )
                             )        **EXHIBIT INVENTORY AND**
HARRIS CORPORATION,          )        **DISPOSITION NOTICE**
                             )
        Defendant(s).        )
                             )
_____)


        Plaintiff:  Charles E. Tulin

        Defendant:  Kenneth P. Eggers

exhibits listed below:

        D3,D24,D66,D68-D73,D79-D80,D82,D94,D240-D267


        Returned to Kenneth Eggers by (pick-up).


        DATED this 14th day of August, 2006 at Anchorage, Alaska.



        IDA ROMACK
        Clerk of Court

        by: _____
                        Deputy Clerk

    X  Picked up by _____ 8/14/6
                        (Signature and Date)


[EXHINVT.WPD 5/5/99]