UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NEW HORIZONS TELECOM INC, )
)
     Plaintiff(s), )
) Case No. 3:02-CV-00238-JKS
v. )
) **EXHIBIT INVENTORY AND**
HARRIS CORPORATION, ) **DISPOSITION NOTICE**
)
     Defendant(s). )
)

    Plaintiff:   Charles E. Tulin

    Defendant:  Kenneth P. Eggers

exhibits listed below:

    1,1a,2,3,4,5,6,7,8,9,10 and 11

    Returned to Charles Tulin by (pick-up).

    DATED this 14th day of August, 2006 at Anchorage, Alaska.

    IDA ROMACK
    Clerk of Court

    by: _[signature]_
            Deputy Clerk

X Picked up by _E. K____ 08/15/06_
            (Signature and Date)

[EXHINVT.WPD 5/5/99]